ROBINSON v. INVESTMENT CO.

No. 108 PC.

Case below: 19 N.C. App. 590.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

ROSSMAN v. INSURANCE CO.

No. 102.

Case below: 19 N.C. App. 651.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 January 1974.

STATE v. ARMISTEAD

No. 14.

Case below: 19 N.C. App. 704.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1974.

STATE v. BRANDON

No. 139 PC.

Case below: 20 N.C. App. 262.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.

STATE v. BROWN

No. 147 PC.

Case below: 20 N.C. App. 71.

Petition for writ of certiorari to North Carolina Court of Appeals denied 5 February 1974.